FILED IN CLERK'S OFFICE
U.S.D.C. - Newnan

FEB - 3 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

| | |
|---|---|
| CARL GRAVES, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ESTES HEATING & AIR CONDITIONING, INC. D/B/A ESTES HEATING AND AIR AKA ESTES SERVICES, BRIAN ESTES, AND TOMMY ESTES,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NUMBER 3:14-cv-0084 -TCB |
| TRAVIS LEWIS, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ESTES HEATING & AIR CONDITIONING, INC., et al.,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NUMBER 1:14-cv-2733 -TCB |

# ORDER

Before the Court is the parties' joint motion to approve a settlement under the Fair Labor Standards Act [46]. This action is certified as a collective action under the Fair Labor Standards Act. The Court has reviewed the pleadings, all motions and papers filed, and the parties' proposed settlement. The Court is satisfied that the settlement reached is fair and reasonable, providing appropriate compensation to Plaintiffs, notwithstanding the legal and factual arguments advanced by Defendants.

The Court hereby appoints Travis Lewis and Roland Graves as class representatives. The Court appoints Andrew R. Frisch and C. Ryan Morgan of Morgan & Morgan, P.A. as lead class counsel.

The parties shall perform the notice process and all other duties described in the collective action settlement agreement executed between the parties, and each participating class member's claims administration form shall be filed on this Court's docket.

Class counsel will be awarded $211,666.66 for attorney's fees and costs. Travis Lewis, Roland Graves, and Peter Evans each shall be

awarded $5,000 in additional service awards for their contributions to making this resolution possible for the remaining putative class members.

Finally, the Court will retain jurisdiction to enforce the terms of the settlement agreement. The parties' joint motion [46] is granted and the Clerk is directed to close this case.

IT IS SO ORDERED this 3rd of February, 2015.

*(signature)*

Timothy C. Batten, Sr.
United States District Judge